```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:10-00032

**LES VAN BUMPUS**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On March 18, 2021, the United States of America appeared by Kristin F. Scott, Assistant United States Attorney, and the defendant, Les Van Bumpus, appeared in person and by his counsel, L. Thompson Price, Esq., for a hearing on a petition and amended petition, seeking revocation of supervised release, submitted by United States Probation Officer Patrick M. Fidler. The defendant commenced a forty-four (44) month term of supervised release in this action on April 25, 2018, as more fully set forth in the Supervised Release Revocation and Judgment Order - Memorandum Opinion and Order entered by the court on April 18, 2018.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  (1) on October 2, 2018, and on December 4, 2018, the defendant submitted a urine specimen that tested positive for marijuana, and the defendant admitted to using marijuana to the probation officer; (2) the defendant violated state and local law on May 14, 2019, in that the defendant committed the offense of fleeing while driving an automobile under the influence in Kanawha County, West Virginia; (3) the defendant violated federal, state and local law on December 14, 2018, in that the defendant committed the offense of prohibited person in possession of a loaded, 9mm pistol found in his residence in Kanawha County, West Virginia.  The court made the findings of fact and conclusions of law set forth on the record of the hearing and finds that the defendant has been convicted in the Circuit Court of Kanawha County, West Virginia of the above felony offense of fleeing while driving under the influence and the above felony offense of prohibited person in possession of a firearm, to which he was sentenced  on June 16, 2020, to 1 to 5 years imprisonment, and 5 years imprisonment, respectively, to

run concurrently to each other; all as admitted on the record of the hearing by the defendant as to (1), (2), (3), and (4), and all as set forth in the petition and amended petition on supervised release, and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583 (e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of EIGHT (8) MONTHS, with no further term of supervised release.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: March 22, 2021

_____
John T. Copenhaver, Jr.
Senior United States District Judge